**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ABEL CORDOVI PEÑA,

*Petitioner*,

v. No. 2:25-cv-02712-SMD-JMR

WARDEN, Otero County Processing Center, *et al*.,

*Respondents*.

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**

This matter comes before the Court on Petitioner's Unopposed Motion to Dismiss Without Prejudice filed on September 23, 2026. Doc. 8. Petitioner initiated this action on August 17, 2026, by filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), challenging his immigration detention at the Otero County Processing Center. Doc. 1. Counsel entered an appearance on Petitioner's behalf that same day. Doc. 2.

On September 23, 2026, Petitioner filed the present Unopposed Motion to Dismiss Without Prejudice on September 23, 2026. Doc. 8. Petitioner's counsel explains that on September 15, 2026, U.S. Citizenship and Immigration Services ("USCIS") approved Petitioner's Form I-485, Application to Register Permanent Residence or Adjust Status, Pursuant to the Cuban Adjustment Act, thereby granting Petitioner lawful permanent resident status. *Id.* at 1. Petitioner was subsequently released from immigration detention on September 19, 2026. *Id.*

In light of the approval of Petitioner's Form I-485 and his subsequent release from immigration detention, counsel represents that the Petition is now moot and requests dismissal of this action without prejudice. *Id.* at 2. Petitioner further represents that Respondents do not oppose

this motion, as confirmed by Assistant U.S. Attorney, Mark Probasco, via email on September 23, 2026. *Id.*

"Under Rule 41(a)(1)(A)(ii), a plaintiff can voluntarily dismiss a case 'by filing . . . a stipulation of dismissal signed by all parties who have appeared.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011). "A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits." *Id.*

**IT IS THEREFORE ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is voluntarily **DISMISSED without prejudice**. **IT IS FURTHER ORDERED** that this case is now **CLOSED**.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**